No. D–820. IN RE DISBARMENT OF MCDONNELL. It is ordered that John Joseph McDonnell, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, return-

able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.